UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DENISE M. KNIGHT & ASSOCIATES, LLC,
and DENISE M. KNIGHT a/k/a DENISE
NIGHT,
              Plaintiffs,

v.

GEM OFFICE TECHNOLOGIES LLC; GEM
OFFICE SOLUTIONS LLC; GEM CORP.;
KEVIN ALESSANDRO a/k/a KEVIN
D'ALESSANDRO; DMITRIOS PSARRAS
a/k/a DJ PSARRAS; TIAA COMMERCIAL
FINANCE, INC.; MARLIN BUSINESS
BANK; MANAGED BUSINESS
SOLUTIONS; and JOHN DOES 1-10,
              Defendants.
--------------------------------------------------------------x



**ORDER**

21 CV 4360 (VB)

Pursuant to 28 U.S.C. § 1446(d), "[p]romptly after filing [a] notice of removal of a civil action, the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of [the] state court." 28 U.S.C. § 1446(d).

Defendant TIAA Commercial Finance, Inc., removed this action from New York Supreme Court, Westchester County on May 14, 2021. (Doc. #1). To date, there is no indication on the docket that plaintiffs or the state court have been provided with written notice of the removal.

Accordingly, it is HEREBY ORDERED that, by **June 14, 2021**, defendant TIAA Commercial Finance, Inc., shall file on the docket proof of service of the notice of removal on plaintiffs and the state court.

Dated: June 8, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge